FILED
January 17, 2008
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>                                                        )<br>            Plaintiff,                         )<br>v.                                                  )<br>                                                        )<br>WYSHICA A. HOGAN,                 )<br>                                                        )<br>            Defendant.                      ) | Case No. 2:07CR00551-GEB<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release __WYSHICA A. HOGAN__ , Case No. __2:07CR00551-GEB__ , Charge __18USC § 287 and 2__ , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

　　__　__　Release on Personal Recognizance

　　__　__　Bail Posted in the Sum of $_____

　　　　__　__　Unsecured Appearance Bond

　　　　__　__　Appearance Bond with 10% Deposit

　　　　__　__　Appearance Bond with Surety

　　　　__　__　Corporate Surety Bail Bond

　　　　__✔__　(Other)      __Pretrial conditions as stated on the record.__

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at __Sacramento, CA__ on __January 17, 2008__ at __2:00 pm__ .

By　/s/ Gregory G. Hollows
　　　Gregory G. Hollows
　　　United States Magistrate Judge

Copy 5 - Court