```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  SAMANTHA S. SPANGLER
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2792
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 2:07-cr-551 GEB |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND ORDER ADDING CONDITION OF PRETRIAL RELEASE |
| v. | ) | |
| WYSHICA A. HOGAN, | ) | |
| Defendant. | ) | |

### Stipulation

On January 17, 2008, the defendant was released on a $10,000 unsecured bond under the supervision of the Pretrial Services Agency, with certain specific conditions. The defendant appeared in district court on February 8, 2008, and the status conference was continued to March 21, 2008. The defendant has filed a waiver of appearance.

On January 24, January 30, and February 20, the defendant tested positive for marijuana. The January 24 and 30 positive tests apparently resulted from use before her arrest. However, the February 20 positive test resulted from more recent use, in violation of her pretrial release condition that she not use marijuana, whether prescribed or not.

1

Because the defendant is amenable to participating in a treatment program, the parties stipulate that a condition should be added as follows:

> You shall participate in a program of medical treatment, including treatment for drug or alcohol dependency, as approved by the pretrial services officer.

The parties request that the Court enter the attached proposed order in lieu of requiring an additional appearance.

DATED: February 28, 2008                McGREGOR W. SCOTT
                                        United States Attorney

                              by   /s/ Samantha S. Spangler
                                   Samantha S. Spangler
                                   Assistant U.S. Attorney

DATED: March 3, 2008

                              by   /s/ M. D. Long for
                                   Kathryn Kohlman Druliner
                                   Counsel for Ms. Hogan

DATED: March 7, 2008               /s/ Wyshica Hogan
                                   Wyshica Hogan
                                   Defendant

## Order

Good cause appearing, the Court adopts the stipulation of the parties and the defendant's conditions of pretrial release are modified to add the following condition:

> You shall participate in a program of medical treatment, including treatment for drug or alcohol dependency, as approved by the pretrial services officer.

IT IS SO ORDERED.

DATED: March 12, 2008.

orders.criminal/hogan0551.stipord

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE