McGREGOR W. SCOTT
United States Attorney
SAMANTHA S. SPANGLER
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2792

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,           ) | CASE NO. 2:07-cr-551 GEB |
| ) | |
| Plaintiff,      ) | STIPULATION AND [PROPOSED] |
| ) | ORDER CONTINUING STATUS |
| v.             ) | CONFERENCE |
| ) | |
| WYSHICA A. HOGAN,                   ) | |
| ) | |
| Defendant.      ) | DATE:  May 9, 2008 |
| _____) | TIME:  9:00 a.m. |
| | COURT: Garland E. Burrell, Jr. |

Stipulation

The parties, through undersigned counsel, stipulate that the status conference scheduled for April 25, 2008, may be continued to May 9, 2008, at 9:00 a.m.  Counsel are in the process of plea negotiations, but need more time to complete them.  The parties also agree that time may be excluded from the speedy trial calculation under the Speedy Trial Act for counsel preparation, and that the interests of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial, pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv) and Local Code T4.
///

1

Defense counsel has authorized the prosecutor to sign this stipulation on her behalf.

DATED: April 23, 2008                    McGREGOR W. SCOTT
                                         United States Attorney


                                   by    /s/ Samantha S. Spangler
                                         Samantha S. Spangler
                                         Assistant U.S. Attorney


DATED: April 23, 2008              by    /s/ Samantha S. Spangler for
                                         Kathryn Kohlman Druliner
                                         Counsel for Ms. Hogan


                                  Order

Good cause appearing,

The status conference scheduled for April 25, 2008 is continued to May 9, 2008 at 9:00 a.m.

The Court finds that the interests of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.  Therefore, time is excluded from the speedy trial calculation pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv) and Local Code T4 for counsel preparation.

IT IS SO ORDERED.

Dated: April 23, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge

2