```
                    UNITED STATES DISTRICT COURT

                   EASTERN DISTRICT OF CALIFORNIA


UNITED STATES OF AMERICA,    )    2:07-cr-00551-GEB
                             )
          Plaintiff,         )    SENTENCING RESCHEDULING ORDER
                             )
     v.                      )
                             )
WYSHICA A. HOGAN,            )
                             )
          Defendant.         )
_____)
```

Sentencing in this action is rescheduled for September 12, 2008, to commence at 9:00 a.m. A different sentencing date was set at a hearing held on August 22, 2008; however, this sentencing rescheduling order issues since it is unclear whether Defendant's attorney had to appear at the August 22 hearing.

Dated:  August 22, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge