UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF CALIFORNIA

**PRETRIAL SERVICES VIOLATION PETITION**

The United States,

   -vs-

Wyshica A. Hogan                        **Docket No. 2:07-CR-0551-GEB**

**COMES NOW** Beth A. Baker, Pretrial Services Officer of the Court, presenting an official report upon the conduct and attitude of Wyshica A. Hogan, who was placed on bond by the Honorable Gregory G. Hollows, U.S. Magistrate Judge, sitting in the Court at Sacramento, California, on the 17th day of January, 2008, who imposed the general terms and conditions of pretrial supervision theretofore adopted by the Court and also imposed special terms and conditions as follows:

**OFFENSE:** On May 9, 2008, the defendant pled guilty to Count Three of the Indictment, Filing a False Claim, 18: 287. Sentencing is scheduled for September 12, 2008, before the Honorable Garland E. Burrell.

**BOND CONDITIONS**: The defendant was ordered released on a $10,000, unsecured bond with Pretrial Services supervision and special conditions. Please see attached.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

Ms. Hogan submitted urine samples as directed on February 20, 2008, March 14, 2008, March 27, 2008, April 10, 2008, April 15, 2008, April 28, 2008, May 5, 2008, May 7, 2008, May 15, 2008, and June 3, 2008, which all tested positive for marijuana use.

Ms. Hogan submitted a urine sample as directed on March 7, 2008, which tested positive for marijuana and amphetamine/methamphetamine.

Ms. Hogan submitted a urine sample on August 22, 2008, which tested positive for amphetamine/methamphetamine.

The defendant failed to report for urinalysis testing as directed on six separate dates between March 2008 and August 2008.

Ms. Hogan failed to comply with conditions imposed by her state probation case, in that, she was arrested on a warrant on August 9, 2008, for failing to comply with the Work Project Program. She was released from custody on or about August 17, 2008.

**PRAYING THAT THE COURT WILL ORDER** this matter placed on this court's calendar on Friday, September 5, 2008, at 2:00 p.m.

**LAST KNOWN ADDRESS:**    On file with Pretrial Services
**TELEPHONE NUMBER:**    On file with Pretrial Services

I declare under penalty of perjury that the foregoing is true and correct.

                                                Respectfully submitted,

                                                /s/ Beth A. Baker

                                                U.S. Pretrial Services Officer

**ORDER**       Date: September 2, 2008

\_\_\_\_\_   The Court hereby orders a bench warrant be issued for the arrest of said defendant, bail set at $\_\_.

\_\_\_\_   The Court hereby orders this ex parte motion and order be sealed.

\_\_\_\_\_   The Court orders a summons be issued with an appearance date of _____.

 **XX**   The Court hereby orders this matter placed on this court's calendar on 9/5/08, at **2:00** p.m. and orders the Pretrial Services Officer to contact the defendant and/or attorney of record to advise them of said order.

\_\_\_\_\_   The Court orders no action be taken.

Considered and ordered this 5th day of September, 2008, and ordered filed and made a part of the records in the above case.

/s/ Gregory G. Hollows
U.S. Magistrate Judge

hogan.ord

**SPECIAL CONDITIONS:**

1. You shall report to and comply with the rules and regulations of the Pretrial Services Agency;

2. You shall report in person to the Pretrial Services Agency immediately following your release from custody;

3. Your travel is restricted to the Eastern District of California without the prior consent of the pretrial services officer;

4. You shall reside at a location approved by the pretrial services officer and not change your residence without the prior approval of the pretrial services officer;

5. You shall not possess a firearm, destructive device, or other dangerous weapon; additionally, you shall provide written proof of divestment of all firearms currently under your control;

6. You shall not drive a motor vehicle without a valid driver's license.

Hogan, Wyshica A.
Pretrial Services Violation Petition - page 2

7. You shall refrain from excessive use of alcohol or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you shall notify Pretrial Services immediately of any prescribed medication(s). However, medicinal marijuana, prescribed or not, may not be used;

8. You shall submit to drug or alcohol testing as approved by the pretrial services officer;

9. You shall comply with all conditions imposed by your state probation case;

10. You shall participate in a program of medical treatment, including treatment for drug or alcohol dependancy, as approved by the pretrial services officer. (Modified on March 12, 2008)

<u>Chronological Events:</u>

As a result of the defendant testing positive in February and March 2008, Pretrial Services and the Government agreed to amend conditions through a stipulation and order, for drug treatment. On March 12, 2008, the Honorable Dale A. Drozd signed a stipulation and order approving conditions to be modified to include substance abuse treatment. Pretrial Services referred the defendant for substance abuse treatment on March 14, 2008, and increased her drug testing. However, the defendant has continued to test positive for illegal drug use.