**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**

**M E M O R A N D U M**

Honorable Garland E. Burrell, Jr.
United States District Judge
Sacramento, California

                                            RE:    **Wyshica A. HOGAN**
                                                     **Docket Number: 2:07CR00551-01**
                                                     **CORRECTION TO JUDGMENT**

Your Honor:

On September 12, 2008, Hogan was sentenced to a 5-month term of imprisonment and a 36-month term of Supervised Release, upon her conviction for a violation of 18 USC 287 and 2 - False Claim and Aiding and Abetting. Hogan began her 36-month term of Supervised Release on January 16, 2009. Among the special conditions ordered by the Court, Hogan was ordered to comply with home incarceration for a period of 150 consecutive days, to commence when directed by the probation officer. After reviewing the presentence report and the Judgment, it appears the language of this special condition should have been consistent with home detention instead of home incarceration. This discrepancy was detected prior to Hogan's enrollment in the electronic monitoring program.

Home incarceration is considered the most restrictive component of the home confinement program. It requires 24-hour-a-day lock-down, except for medical necessities and court appearances, or other activities specifically approved by the Court. Home detention requires a participant to remain at home at all times except for pre-approved and scheduled absences for employment, education, religious activities, treatment, attorney visits, court appearances, court-ordered obligations, or other activities as approved by the probation officer. The recommendation in the presentence report was for a period of home detention.

Rev. 05/2006
MEMO ~ COURT.MRG

RE: Wyshica A. HOGAN
Docket Number: 2:07CR00551-01
**CORRECTION TO JUDGMENT**

Both counsel and the releasee have been informed of the discrepancy, and all agree the special condition should be specified as home detention. It appears this was an oversight; therefore, pursuant to Rule 36 of the Federal Rules of Criminal Procedure, it is respectfully recommended the Court correct and amend the criminal judgment as noted below, and direct the clerk to produce an amended judgment reflecting this correction.

6. The defendant shall comply with the conditions of home detention for a period of 150 consecutive days, to commence when directed by the probation officer. During this time, the defendant will remain at her place of residence except for employment and other activities approved in advance by the defendant's probation officer. The defendant will maintain telephone service at her place of residence without an answering device, call forwarding, a modem, caller ID, call waiting, or a cordless telephone for the above period.

    At the discretion of the probation officer, the defendant shall wear an electronic monitoring device and follow electronic monitoring procedures as specified by the probation officer. The defendant shall pay the cost of electronic monitoring as determined by the probation officer.

**RE: Wyshica A. HOGAN
Docket Number: 2:07CR00551-01
CORRECTION TO JUDGMENT**

If Your Honor has any questions concerning this recommendation, my direct line is (916) 786-6147.

Respectfully submitted,

/s/ Terence E. Sherbondy

**TERENCE E. SHERBONDY
Senior United States Probation Officer**

Dated: March 16, 2009
Roseville, California
TES:cd

**REVIEWED BY:** /s/ Richard A. Ertola
**RICHARD A. ERTOLA
Supervising United States Probation Officer**

cc: Samantha Spangler
Assistant United States Attorney

Kathryn K. Druliner
Appointed Defense Counsel

AGREE: X         DISAGREE: _____

Dated: March 25, 2009

GARLAND E. BURRELL, JR.
United States District Judge