IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 2:07-cr-00551-GEB-1 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | <u>ORDER</u> |
| | ) | |
| WYSHICA A. HOGAN, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

     I am disqualifying myself as the judge to whom this case is assigned. The Clerk of Court shall randomly reassign this case and make the appropriate adjustments.

     IT IS SO ORDERED.

Dated: February 24, 2012

_____
GARLAND E. BURRELL, JR.
United States District Judge

1