**FILED**

MAR - 1 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
           DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | CR. S-07-0551 LKK |
| vs. | ORDER FOR RELEASE OF PERSON IN CUSTODY |
| WYSHICA A. HOGAN, | |
| Defendant. | |

TO:     UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>WYSHICA A. HOGAN</u>, Case No. <u>CR. S-07-0551 LKK</u>, Charge <u>18 U.S.C. 3606</u>, from custody subject to the conditions as stated in open Court on March 1, 2012:

_____     Release on Personal Recognizance

_____     Bail Posted in the Sum of $ [ ]

_____     Unsecured Appearance Bond

_____     Appearance Bond with 10% Deposit

_____     Appearance Bond with Surety

_____     Corporate Surety Bail Bond

   X    (Other) [Defendant is sentenced to imprisonment of Time Served. A Judgment and Commitment Order to issue].

Issued at Sacramento, CA on March 1, 2012 at 9:55 a.m.

Dated:   March 1, 2012

LAWRENCE K. KARLTON
UNITED STATES DISTRICT JUDGE

HOGAN, WYSHICA release order.wpd                    2